JS-6

Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JORGE AUILA, <br><br> Defendant. | CASE NO. 2:12-cv-03817-WDK-FMO <br><br> ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT JORGE AUILA, individually and d/b/a UPGRADE BARBER SHOP |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant JORGE AUILA, individually and d/b/a UPGRADE BARBER SHOP, that the above-entitled defendant is hereby dismissed **with prejudice** against JORGE AUILA, individually and d/b/a UPGRADE BARBER SHOP and subject to the Court's jurisdiction to enforce, approve, and enter the Stipulated Judgment agreed upon by the Parties.

///

///

///

///

1   This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).
2   Each Party referenced-above shall bear its own attorneys' fees and costs.
3
4
5
6
7   **IT IS SO ORDERED**:
8
9
10  _____              Dated:      11/13/2014
11  **The Honorable William D. Keller**
    **United States District Court**
12  **Central District of California**
13
14  ///
15
16  ///
17  ///
18
19  ///
20
21  ///
22  ///
23
24  ///
25  ///
26
27  ///
28

**PROOF OF SERVICE (SERVICE BY MAIL)**

**STIPULATION OF DISMISSAL**
**2:12-cv-03817-WDK-FMO**
**PAGE 2**

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On November 13, 2014, I caused to serve the following documents entitled:

**[Proposed] ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT JORGE AUILA, individually and d/b/a UPGRADE BARBER SHOP**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Mr. Ralph M. Rios, Esquire      (Attorneys for Defendant)
**RIOS AND ASSOCIATES**
 1499 Huntington Drive, Suite 506
 South Pasadena, CA 91105

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on November 13, 2014, at South Pasadena, California.

Dated: November 13, 2014         *s/Vanessa Ventura*
                                 **VANESSA VENTURA**