THOMAS P. RILEY, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JORGE AUILA, et al., <br><br> Defendants. | CASE NO. 2:12-cv-03817-WDK-PLA <br><br> ORDER GRANTING JUDGMENT |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEY/S OF RECORD:**

By and through their counsel, the Parties to the above-entitled action hereby stipulate and respectfully request that judgment in the amount of Twelve Thousand Dollars ($12,000.00) inclusive of attorneys' fees and costs be entered in favor of Plaintiff J & J Sports Productions, Inc. and against JORGE AUILA, individually and d/b/a UPGRADE BARBER SHOP.

///

STIPULATED JUDGMENT
CASE NO. 2:12-cv-03817-WDK-PLA
Page 1

1    The Parties, and each of them, waive any and all rights to seek a stay of

2  enforcement of said judgment and further request that this Honorable Court enter the

3  requested and stipulated judgment only in the event of default of the Parties' settlement

4  agreement and written notification of same to this Honorable Court by counsel of

5  record.

6

7

8

9  **IT IS SO ORDERED**:

10

11

12  _____          Dated:  11/13/14

13  **The Honorable William D. Keller**
   **United States District Court**
14  **Central District of California**

15

16
   ///
17

18  ///

19  ///

20

21  ///

22  ///

23

24

25

26

27

28

**STIPULATED JUDGMENT**
**CASE NO. 2:12-cv-03817-WDK-PLA**
**Page 2**